# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 1, 2018

### NO. 03-17-00710-CR

**Theodore Timothy Demaree, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgments of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. However, there was error in the judgments that requires correction. Therefore, the Court modifies the trial court's judgments to reflect that appellant pleaded "not true" to two enhancement paragraphs and that the jury found the two enhancement paragraphs "true." The judgments, as modified, are affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.